David F. Gomez (006790)
Michael J. Petitti, Jr. (011667)
**GOMEZ & PETITTI, P.C.**
2525 East Camelback Road, Suite 860
Phoenix, Arizona  85016
(602) 957-8686
dfg@gomezlaw.net
mjp@gomezlaw.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ruth Nahom, an unmarried woman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Scottsdale, a political subdivision of the State of Arizona; City of Scottsdale Police Department, an agent of the City of Scottsdale; Michael R. Anderson and Ramee L. Anderson, husband and wife;<br><br>　　　　Defendant. | Case No. 2:10-cv-02048-PHX-ROS<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to LRCiv 40.2(d), the parties hereby inform the Court that the above-captioned case has been settled.  Within the next two weeks, the parties will submit a stipulation and proposed order for dismissal with prejudice, with each side to bear their own attorneys' fees and costs.

Respectfully submitted this 17th day of April, 2012.

**GOMEZ & PETITTI, P.C.**


By:   s/David F. Gomez
       David F. Gomez, Esq.
       Michael J. Petitti, Jr., Esq.
       2525 E. Camelback Road, Suite 860
       Phoenix, Arizona 85016
       Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2012, I electronically transmitted the attached document to the Clerk's office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants:

Michele Molinario       MMolinario@jshfirm.com
Steven Leach            sleach@jshfirm.com


s/Bernice J. Pendell